UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

VERNA S. AGE

CRIMINAL ACTION

NO. 11-105-JJB

## ORDER DENYING MOTION TO QUASH

Before the Court is defendant Verna S. Age's motion to quash/dismiss count two of the indictment (Doc. 59), which the government opposes (Doc. 69).

To be sufficient, an indictment must contain the offense charged and fairly inform the defendant of the charge against him. *United States v. Montemayor*, 703 F.2d 109, 117 (5th Cir. 1983).

Count two of the indictment is sufficient and meets the above standard by containing the elements of the offense charged and informing Ms. Age of the charge against her. The count describes the purpose of the conspiracy, the manner and means of the conspiracy, and the overt acts in furtherance of the conspiracy.

Ms. Age's assertions that she did not have an ownership interest in or oversight of the corporate activities of South Louisiana Home Health Care (SLHH) at the time in question are defenses that she may present at trial. Ms. Age's arguments regarding her control over checks and her authority to sign checks are also defenses she may present at trial. Such defenses do not affect the sufficiency of the indictment.

Accordingly, it is ORDERED that Ms. Age's motion to quash is DENIED.

Signed in Baton Rouge, Louisiana, on September 4, 2012.

_____
**JAMES J. BRADY, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**