UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

versus                               CRIMINAL NO: 3:11CR00105-JJB

LOUIS T. AGE & VERNA S. AGE

**ORDER OF FORFEITURE AS TO CERTAIN
SUBSTITUTE PROPERTY OF DEFENDANTS**

The United States of America, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, and Title 21, United States Code, Section 853(p), has moved to enter an order of forfeiture of the defendants' interest in the property located at: 1) 4554 Bancroft Drive, New Orleans, Louisiana 70122; 2) 107946 Crowder Road, New Orleans, Louisiana 70127; 3) 7925 Edgelake Court, New Orleans, Louisiana 70126; 4) 8138 Hayne Blvd., New Orleans, Louisiana 70126; 5) 6021 St. Anthony Street, New Orleans, Louisiana 70122; 6) 7948 Edgelake Court, New Orleans, Louisiana 70126; 7) 7945 Edgelake Court, New Orleans, Louisiana 70126; 8) 11222 Hayne Blvd., New Orleans, Louisiana 70128; 9) 1429 Joliet Street, New Orleans, Louisiana 70118; 10) 3109 Copernicus Street, New Orleans, Louisiana, 70114; 11) 2630 Acacia Street, New Orleans, Louisiana 70122; 12) 6941 Mayo Blvd.; New Orleans, Louisiana 70126; 13) 2744 Cleveland Ave., New Orleans, Louisiana 70119; 14) 2632 Acacia, New Orleans, Louisiana 70122; 15) 3111 Copernicus, New Orleans, Louisiana 70114; 16) 2634 Acacia, New Orleans, Louisiana 70122; 17) 6320 Baccich Street, New Orleans, Louisiana, 70122; 18) 1501 Shirley Drive, New Orleans, Louisiana 70114; 19) 6322 Baccich Street, New Orleans, Louisiana 70122; 20) 4734 Dodt Street, New Orleans, Louisiana 70126; 21) 7517 Park Ave., Houma, Louisiana 70364; 22) 1733 Desire Street, New Orleans, LA 70117; 23) 4745 Dodt Avenue, New Orleans, LA 70126; 24) 4012 Llano Drive, Bourg, LA 70343; and 25) 23 Curran Blvd., New

Orleans, LA 70126, and for the collection of rent from the twelve pieces of rental property identified in their motion as substitute property. In consideration of the motion, the memorandum in support thereof and the entire record in this matter, the Court finds as follows:

WHEREAS the defendant, Louis T. Age, following a jury trial was convicted as to Count 1, Conspiracy to Commit Health Care Fraud and Count 2, Conspiracy to Defraud the United States and Pay or Receive Health Care, and defendant, and Verna S. Age was convicted as to Count 1, Conspiracy to Commit Health Care Fraud. (See Docket Entry #248); and

WHEREAS the defendants were given notice that upon conviction of Counts 1 and 2 of the Superseding Indictment, they would be required to forfeit to the United States pursuant to 18 U.S.C. § 982(a)(7), any property, real or personal, that constituted or was derived, directly or indirectly, from gross proceeds traceable to the commission of the offenses; and

WHEREAS on May 9, 2013, pursuant to Title 18, United States Code, Section 982(a)(7), it was ordered that a forfeiture money judgment against defendants in the amount of NINE MILLION, TWO HUNDRED FOURTEEN THOUSAND, SEVEN HUNDRED SIXTY FIVE DOLLARS AND NO/100 ($9,214,765.00), representing fraudulent proceeds received by the defendants as a result of their scheme to defraud; and

WHEREAS because of the acts or omissions of the defendants, proceeds of the offenses are no longer available, or have been commingled with other funds, or have not been located for forfeiture as set forth in Title 21, United States Code, Section 853(p); and

WHEREAS As a result, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, and Title 21, United States Code, Section 853(p), the United States is entitled to an order forfeiting other property as a substitute, and in partial satisfaction of, the money judgment; and

WHEREAS it appears that Louis Age owns or has an interest in each of the listed properties; and

WHEREAS it appears that Louis T. Age is receiving rent from twelve pieces of rental property identified in the United States' motion;

ACCORDINGLY, IT IS HEREBY ORDERED that all right, title and interest of defendants, Louis T. Age, Jr., and Verna S. Age in the properties located at: 1) 4554 Bancroft Drive, New Orleans, Louisiana 70122; 2) 107946 Crowder Road, New Orleans, Louisiana 70127; 3) 7925 Edgelake Court, New Orleans, Louisiana 70126; 4) 8138 Hayne Blvd., New Orleans, Louisiana 70126; 5) 6021 St. Anthony Street, New Orleans, Louisiana 70122; 6) 7948 Edgelake Court, New Orleans, Louisiana 70126; 7) 7945 Edgelake Court, New Orleans, Louisiana 70126; 8) 11222 Hayne Blvd., New Orleans, Louisiana 70128; 9) 1429 Joliet Street, New Orleans, Louisiana 70118; 10) 3109 Copernicus Street, New Orleans, Louisiana, 70114; 11) 2630 Acacia Street, New Orleans, Louisiana 70122; 12) 6941 Mayo Blvd.; New Orleans, Louisiana 70126; 13) 2744 Cleveland Ave., New Orleans, Louisiana 70119; 14) 2632 Acacia, New Orleans, Louisiana 70122; 15) 3111 Copernicus, New Orleans, Louisiana 70114; 16) 2634 Acacia, New Orleans, Louisiana 70122; 17) 6320 Baccich Street, New Orleans, Louisiana, 70122; 18) 1501 Shirley Drive, New Orleans, Louisiana 70114; 19) 6322 Baccich Street, New

Orleans, Louisiana 70122; 20) 4734 Dodt Street, New Orleans, Louisiana 70126; 21) 7517 Park Ave., Houma, Louisiana 70364; 22) 1733 Desire Street, New Orleans, LA 70117; 23) 4745 Dodt Avenue, New Orleans, LA 70126; 24) 4012 Llano Drive, Bourg, LA 70343; and 25) 23 Curran Blvd., New Orleans, LA 70126, are hereby forfeited to the United States.

It is FURTHER ORDERED that Louis T. Age and Verna S Age shall not take any steps to in any way encumber or sell any of these properties.

It is FURTHER ORDERED that the monthly rent from those twelve properties listed in the United States' motion be paid to the United States Marshal as substitute assets, to partially satisfy the money judgment of forfeiture entered against the defendants on May 9, 2013, (Docket Entry # 281) pending the issuance of a final order transferring title to the property to the United States.

It is FURTHER ORDERED that the United States shall, promptly initiate proceedings necessary to protect any third party interests in these substitute properties, pursuant to and in accordance with Rule 32.2(e) of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853(n), prior to requesting entry of a final order of forfeiture with respect thereto.

It is FURTHER ORDERED that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then,

pursuant to Title 21, United States Code, Section 853(n)(7), the United States will move for a final order of forfeiture, and the United States Marshals Service, or any duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

DONE AND ORDERED this 7th day of JUNE, 2013.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE